■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DENNIS EDWARDS, Appellant.—Appeal by defendant from a judgment of the Supreme Court, Queens County (Tsoucalas, J.), rendered January 11, 1982, convicting him of criminal possession of a weapon in the third degree, upon a jury verdict, and imposing sentence.

Judgment affirmed.

Contrary to the defendant's claim, the trial court's *Sandoval* ruling permitting inquiry into the defendant's prior bank robbery conviction did not constitute an abuse of discretion *(see, People v Sandoval,* 34 NY2d 371; *People v Van Skiver,* 111 AD2d 1032; *People v Hall,* 99 AD2d 843). Also, the defendant's motion to dismiss the indictment on speedy trial grounds *(see,* CPL 30.30 [1] [a]) was properly denied without a hearing, since it was clear from the defendant's moving papers that a significant portion of the approximately 13-month delay between arrest and trial was excludable, and the defen-

dant failed to establish that there remained a sufficient unexcludable period *(see, People v Lomax,* 50 NY2d 351; *People v Jackson,* 84 AD2d 794). Finally, we find that the defendant's guilt was proven beyond a reasonable doubt. Gibbons, J. P., Brown, Lawrence and Kooper, JJ., concur.